**Kellermeier, Grace E.**

| | |
|---|---|
| **From:** | Sneed, Danielle Y. |
| **Sent:** | Thursday, August 24, 2023 2:24 PM |
| **To:** | 'abuse@namesilo.com' |
| **Cc:** | Meyer, Charles J |
| **Subject:** | DMCA Notice: Copyright Infringement of Bear Archery Website & Trademark Infringement; Our Ref.: 34157-304 |
| **Attachments:** | Demand Letter to NameSilo.pdf; Bear Archery TM Registration.pdf; Examples of Infringement.pdf; WHOis Lookup.pdf |

Dear NameSilo, LLC:

Please see the attached.

Sincerely,
Danielle Sneed

**Danielle Y. Sneed** | Legal Assistant to Charles J. Meyer and Andrew M. Nevill

**WOODARD, EMHARDT, HENRY, REEVES & WAGNER, LLP**

Make your ideas *untouchable.*®
uspatent.com

Salesforce Tower | 111 Monument Circle, Suite 3700 | Indianapolis, IN 46204
Direct: 317.713.3234 | Main: 317.634.3456 | Fax: 317.637.7561 | Email: dsneed@uspatent.com

*This message is intended solely for the above addressee. If the reader of this message is not the addressee or the employee intended or agent responsible for delivering the message to the recipient, you are hereby notified that this transmission may contain privileged or confidential information and dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us by phone and destroy the original.*

# WOODARD, EMHARDT, HENRY, REEVES & WAGNER, LLP

Make your ideas *untouchable.*®
uspatent.com

August 25, 2023

CHARLES J. MEYER
cjmeyer@uspatent.com
Direct: (317) 713-4934

NameSilo, LLC
25 N. 23rd Ave, Suite 100
Phoenix, AZ 85014
abuse@namesilo.com

Re:   DMCA Notice: Copyright Infringement of Bear Archery, Inc. website
      and Trademark Infringement
      Our ref.: 34157-304

Dear NameSilo, LLC:

We represent Bear Archery, Inc. As part of their business, Bear Archery makes and sells various types of archery bows and related gear, accessories, and apparel. Specifically, Bear Archery offers compound bows, traditional bows, crossbows, and youth bows for sale under their trademark BEAR ARCHERY. BEAR ARCHERY is a highly successful brand and well known in the archery industry. BEAR ARCHERY brand bows, gear, accessories, and apparel is sold at Bear Archery's domain https://www.beararchery.com. Extensive photos and text promoting the BEAR ARCHERY branded products is published throughout the Bear Archery website.

Additionally, BEAR ARCHERY® is a registered trademark of Bear Archery, with U.S. Trademark Registration No. 6,021,733.

A website using the domain name www.beararcheryshop.com is pretending to be Bear Archery to purportedly sell BEAR ARCHERY branded compound bows, traditional bows, crossbows, and youth bows. The website operator has engaged in wholesale copying of Bear Archery's copyrighted content, including multiple photos and text on various pages of the beararcheryshop.com website. The website operator has also engaged in wholesale copying and use of Bear Archery's BEAR ARCHERY® trademark. This is causing actual consumer confusion.

This blatant and intentional copying can be seen by comparing the www.beararcheryshop.com website to Bear Archery's website www.beararchery.com.

An annotated version of the beararcheryshop.com webpage is attached with some of the instances of copyright and trademark infringement indicated.

A WHOIS lookup has indicated that NameSilo, LLC is the registrar for this website.

The website operator's copying and misuse of this content infringes Bear Archery's copyright rights in these images and text under 17 U.S.C. § 501. It further constitutes trademark infringement, passing off, false and misleading advertising, and unfair competition under the Lanham Act, including 15 U.S.C. § 1125, as well as violations of common law rights.

NameSilo, LLC
August 25, 2023
Page 2

   I have a good faith belief that the use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

   I swear, under penalty of perjury, that the information in this notification is accurate and that I am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

   We request that NameSilo, LLC immediately remove the infringing website and all of its content.

       Sincerely,

       Charles J. Meyer

Enclosures
#2125006

# United States of America

### United States Patent and Trademark Office

# BEAR ARCHERY

**Reg. No. 6,021,733**

**Registered Mar. 31, 2020**

**Int. Cl.: 9, 12, 16, 21, 25, 28**

**Trademark**

**Principal Register**

Bear Archery, Inc.  (FLORIDA CORPORATION)
2200 Stringtown Road
Evansville, INDIANA 47711

CLASS 9: Telescopic bow sights for archery; Pre-recorded video discs, video recording and video tapes featuring archery

FIRST USE 00-00-2008; IN COMMERCE 00-00-2008

CLASS 12: License plate frames

FIRST USE 00-00-2017; IN COMMERCE 00-00-2017

CLASS 16: Decals; Decorative decals for vehicle windows

FIRST USE 00-00-2008; IN COMMERCE 00-00-2008

CLASS 21: Insulated containers for food or beverages; insulated sleeve holders for beverage cans; cups and mugs

FIRST USE 00-00-2017; IN COMMERCE 00-00-2017

CLASS 25: Shirts; t-shirts; sweatshirts; jackets; hoodies; hats; headwear

FIRST USE 00-00-2008; IN COMMERCE 00-00-2008

CLASS 28: Archery bows; crossbows; archery arrows; crossbows bolts; archery targets; archery quivers; archery bow strings; non-telescopic archery bow sights; archery finger tabs; archery arm guards; Gauntlets; archery bow cases; archery bow stringers; archery equipment, namely, arrows rests, strike plates, crossbow cocking aids, crossbow rail lube, bowstring wax, brush buttons, and archery target stands

FIRST USE 00-00-1940; IN COMMERCE 00-00-1940

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

No claim is made to the exclusive right to use the following apart from the mark as shown: "ARCHERY"

SER. NO. 88-290,503, FILED 02-06-2019

Director of the United States
Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.*  See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an  Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at h** ttp://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

**Trademark Infringement**

GET A 15% DISCOUNT ON PAYMENT THROUGH CRYPTO CURRENCY!

 

☰



0

# BEAR ARCHERY FOR SALE ONLINE

**Trademark Infringement**

SHOP ALL

**Trademark Infringement**

**Copyright Infringement**

## SHOP BOWHUNTING & ARCHERY EQUIPMENT ONLINE

At Bear Archery Shop, we work hard to provide products that provide you with the greatest experience possible. Discover the technology that distinguishes our bows, from customizable let-off to market-leading vibration reduction technology. Bear Archery has been the industry standard for traditional recurves and longbows since 1933. Discover the all-new 2023 traditional line of bows.

SHOP NOW



**Copyright Infringement**

**Trademark Infringement**

## SHOP COMPOUND BOWS

Shop the market's most reliable and adjustable compound bows. Bear Archery compound bows offer great adjustability and customization for the price paid.

## SHOP COMPOUND BOWS

**Trademark Infringement**

Shop the market's most reliable and adjustable compound bows. Bear Archery compound bows offer great adjustability and customization for the price paid.

**Copyright Infringement**



**Copyright Infringement**

COMPOUND BOWS

BEAR ARCHERY ADAPT Right Hand/Left Hand 45-60 Lbs./55-70 Lbs. Throwback Tan

**$459.99**

ADD TO BASKET

**Trademark Infringement**



COMPOUND BOWS

BEAR ARCHERY EXECUTE 30 Right Hand/Left Hand 55-70 Lbs./45-60 Lbs. AVAILABLE. IN

**$1,199.99**

SELECT OPTIONS

**Trademark Infringement**

**Copyright Infringement**



**Copyright Infringement**

**Copyright Infringement**

**Trademark Infringement**

COMPOUND BOWS

BEAR ARCHERY EXECUTE 32 Right Hand/Left Hand 55-70 Lbs./45-60 Lbs. (AVAILABLE IN 8 COLOURS)

**$1,199.99**



**Copyright Infringement**

**Trademark Infringement**

COMPOUND BOWS

BEAR ARCHERY WHITETAIL LEGEND PRO R/L HAND 45-60 Lbs./55-70 Lbs. 7 COLOURS

**$559.99**

SELECT OPTIONS

SELECT OPTIONS

## BROWSE COMPOUND BOWS

**Copyright Infringement**

## SHOP CROSSBOWS

BearX crossbows are designed for dependability, accuracy, and speed. The 2023 collection offers a wide range of solutions ideal for any hunter, whether novice or seasoned, wishing to spend more time in the woods.

**Copyright Infringement**

**Copyright Infringement**





CROSSBOWS

BEAR ARCHERY DESIRE RD CROSSBOW PISTOL BLACK

**$79.99**

CROSSBOWS

BEAR ARCHERY IMPACT CDXV CROSSBOW

**$999.99**

SELECT OPTIONS

**Trademark Infringement**

**Trademark Infringement**



ADD TO BASKET

**Copyright Infringement**

**Copyright Infringement**

CROSSBOWS
BEAR ARCHERY INTENSE CD CROSSBOW WITH DE-TAC CRANK BLACK
**$599.99**

ADD TO BASKET

COMPOUND BOWS
BEAR ARCHERY INTENSE CROSSBOW Truetimber Strata
**$399.99**

ADD TO BASKET

**Trademark Infringement**

**Trademark Infringement**

BROWSE CROSSBOWS

**Trademark Infringement**

**Copyright Infringement**

## SHOP TRADITIONAL BOWS

At Bear Archery Shop, we're honored to carry on Fred Bear's 90-year legacy. Our 2023 recurve bows and longbows still feature a significant amount of the creativity, foresight, and handiwork that Fred placed into each bow.



$429.99

$129.99

SELECT OPTIONS

SELECT OPTIONS

BROWSE TRADITIONAL BOWS

**Trademark Infringement**

**Copyright Infringement**

## SHOP YOUTH BOWS

Bear Archery has happily held the top spot in youth and institutional archery in America for 90 years. We're aiming to ensure that the sport's future is bright for years to come by producing equipment that precisely meets the needs of beginner and intermediate shooters.

BROWSE YOUTH BOWS

## LEAVE US A **MESSAGE**

**Your name**

**Your email**

**Subject**

**Your message (optional)**

SUBMIT

CONTACT

Copyright 2023 © Bear Archery Shop, INC. All rights reserved.



**Trademark Infringement**

**Copyright Infringement**

HOME / TRADITIONAL BOWS

**BEAR ARCHERY 90TH ANNIVERSARY GRIZZLY** Shedua/Green Glass

**Trademark Infringement**

$469.99



**DEXTERITY**

Choose an option

**DRAW WEIGHT**

Choose an option

| - | 1 | + | ADD TO BASKET |

**Trademark Infringement**

SKU: N/A

Category: TRADITIONAL BOWS

---

DESCRIPTION   ADDITIONAL INFORMATION   REVIEWS (0)

## OVERVIEW

Since 1950, the Grizzly has proven itself as a legendary recurve bow. In 1964, Mr. Bear made the last design changes to the Grizzly, but for 2023 and our 90th anniversary, we are introducing a brand-new design. The value-priced recurve bow is designed for big performance that will go easy on anyone's budget. Whether you are new to traditional archery or an expert, the 90th Anniversary Grizzly recurve bow is a sure shooter for any skill level.

- **SUPERIOR BUILD QUALITY**

  Limbs overlaid with clear maple and backed and faced with high-strength green fiberglass

- **CUT-ON CENTER**

  Crowned, cut-on center arrow shelf with leather side plate and bear hair arrow rest

- **TIMELESS MATERIALS**

  Darcon string

- **NEW LOOK**

  All-new iconic design with performance enhancing materials

**RELATED PRODUCTS**

**Copyright Infringement**



CONTACT

Copyright 2023 © Bear Archery Shop, INC. All rights reserved.

**Trademark Infringement**



- **ACCESSORIES**

  Includes Red Dot Sight and 3 premium bolts

- **BLAZING SPEDS**

  Arrow speeds up to 175 feet per second

- **LIGHTWEIGHT**

  Weighs only 1.9 lbs

- **DEPENDABLE ACCURACY**

  Engineered for top-of-the-line speed, extreme accuracy, and dependability

**Copyright Infringement**

## RELATED PRODUCTS



CROSSBOWS
BEAR ARCHERY IMPACT CD CROSSBOW SCOPE
**$999.99**

CROSSBOWS
SPEED CROSSBOW
**$199.99**

CROSSBOWS
BEAR ARCHERY TREK 380 BLACK
**$299.99**

CROSSBOWS
BEAR ARCHERY TRANCE C
**$499.99**

CONTACT

Copyright 2023 © Bear Archery Shop, INC. All rights reserved.



GET A 15% DISCOUNT ON PAYMENT THROUGH CRYPTO CURRENCY!

HOME / COMPOUND BOWS

**BEAR ARCHERY ADAPT RTH Left Hand/Right Hand 45-60 Lbs./55-70 Lbs. AVAILABLE IN 4 COLOURS**

**$559.99**

 ADAPT RTH Left Hand/Right Hand 45-60 Lbs./55-70 Lbs. AVAILABLE IN True Timber Strata, Veil Whitetail, Olive, Throwback Tan

AXLE-TO-AXLE
32"

SPEED
320 FPS

DRAW LENGTH
24" – 31"

| FINISH | Choose an option |
|---|---|
| DEXTERITY | Choose an option |
| DRAW WEIGHT | Choose an option |

- 1 +    ADD TO BASKET

SKU: N/A

Category: COMPOUND BOWS

DESCRIPTION   ADDITIONAL INFORMATION   REVIEWS (0)

## OVERVIEW

Introducing the ADAPT RTH. This single cam, 32" axle-to-axle, 6.5" brace height bow was a joint venture between Bear Archery and the The Hunting Public. The ADAPT RTH features an accommodating 80% let off and fits bowhunters with draw lengths from 24-31". This bow features a new Bear Paw insulated grip – Bear's most comfortable and ergonomic bow grip to date. With speeds up to 320 FPS, a rock solid back wall from the limb stop, and the smoothest draw cycle on the market, the ADAPT is perfect for chasing any size game. Aaron, Greg, Zack, Jake, Hayden, and Ted built their dream bow and included several features from some of their favorite Bear bows of the past. The ADAPT RTH comes Ready to Hunt with a complete suite of Trophy Ridge accessories which include the following: 5 Spot arrow quiver, Whisker Biscuit V arrow rest, 5" stabilizer, Fatal 4-pin sight, D-loop, and peep sight.

- **DESIGNED BY THE HUNTING PUBLIC**

   The ADAPT was a joint project between Bear Archery and the entire Hunting Public crew

- **INDUSTRY'S SMOOTHEST DRAW CYCLE**

   Features a single cam with a forgiving 80% let off

- **PERFECT FOR ANY HUNTING STYLE**

   The 32" axle-to-axle, ergonomic soft-touch grip, and 6.5" brace height make the ADAPT a great option for spot and stalk, blind, or saddle hunting.

- **READY TO HUNT OR BOW ONLY**

   The ADAPT comes either Ready to Hunt or as a bow only option. The RTH version includes a sight, rest, stabilizer, and quiver from Trophy Ridge.

- **BEAR PAW® COMFORT GRIP**

   All-new for the ADAPT bow, the Bear Paw grip offers hunters an ergonomic and comfortable shooting grip

## RELATED PRODUCTS

**Copyright Infringement**




Copyright 2023 © Bear Archery Shop, INC. All rights reserved.

FLASH SALE!                              .COM @ $9.58! WHILE STOCKS LAST!                              BUY NOW



Enter Domain or IP

WHOIS

DOMAINS     WEBSITE     CLOUD     HOSTING     SERVERS     EMAIL     SECURITY     WHOIS     SUPPORT          LOGIN          0

# beararcheryshop.com

Updated 3 days ago

### Interested in similar domains?

## Domain Information

| | |
|---|---|
| Domain: | beararcheryshop.com |
| Registrar: | NameSilo, LLC |
| Registered On: | 2023-05-23 |
| Expires On: | 2024-05-23 |
| Updated On: | 2023-06-21 |
| Status: | clientTransferProhibited |
| Name Servers: | ns1.dns-parking.com |
| | ns2.dns-parking.com |

## Registrant Contact

| | |
|---|---|
| Organization: | PrivacyGuardian.org llc |
| Street: | 1928 E. Highland Ave. Ste F104 PMB# 255 |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85016 |
| Country: | US |
| Phone: | +1.3478717726 |
| Email: | pu-903c675adfd09f513704509c950b5060@privacyguardian.org |

## Administrative Contact

| | |
|---|---|
| Name: | Domain Administrator |
| Organization: | PrivacyGuardian.org llc |
| Street: | 1928 E. Highland Ave. Ste F104 PMB# 255 |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85016 |
| Country: | US |
| Phone: | +1.3478717726 |

bear-archery-shop.com          Buy Now

beararcheryshops.com          Buy Now

bearshootingshop.com          Buy Now

beararcherystores.com          Buy Now

beararcheryshop.net          Buy Now

beararcheryshops.net          Buy Now

.space
$24.88  $0.88
BUY NOW
*while stocks last

On Sale!



.FUN @ $1.88  $23.88

Email:          ~~pw-903c675adfd09f513704509c950b5060~~@privacyguardian.org



## Technical Contact

| | |
|---|---|
| Name: | Domain Administrator |
| Organization: | PrivacyGuardian.org llc |
| Street: | 1928 E. Highland Ave. Ste F104 PMB# 255 |
| City: | Phoenix |
| State: | AZ |
| Postal Code: | 85016 |
| Country: | US |
| Phone: | +1.3478717726 |
| Email: | ~~pw-903c675adfd09f513704509c950b5060~~@privacyguardian.org |

## Raw Whois Data

```
Domain Name: beararcheryshop.com
Registry Domain ID: 2783365987_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.namesilo.com
Registrar URL: https://www.namesilo.com/
Updated Date: 2023-08-14T07:00:00Z
Creation Date: 2023-05-23T07:00:00Z
Registrar Registration Expiration Date: 2024-05-23T07:00:00Z
Registrar: NameSilo, LLC
Registrar IANA ID: 1479
Registrar Abuse Contact Email: abuse@namesilo.com
Registrar Abuse Contact Phone: +1.4805240066
Domain Status: clientTransferProhibited https://www.icann.org/epp#clientTransferPro
Registry Registrant ID:
Registrant Name: REDACTED FOR PRIVACY
Registrant Organization: PrivacyGuardian.org llc
Registrant Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Registrant City: Phoenix
Registrant State/Province: AZ
Registrant Postal Code: 85016
Registrant Country: US
Registrant Phone: +1.3478717726
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: pw-903c675adfd09f513704509c950b5060@privacyguardian.org
Registry Admin ID:
Admin Name: Domain Administrator
Admin Organization: PrivacyGuardian.org llc
Admin Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Admin City: Phoenix
Admin State/Province: AZ
Admin Postal Code: 85016
Admin Country: US
Admin Phone: +1.3478717726
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: pw-903c675adfd09f513704509c950b5060@privacyguardian.org
Registry Tech ID:
Tech Name: Domain Administrator
Tech Organization: PrivacyGuardian.org llc
Tech Street: 1928 E. Highland Ave. Ste F104 PMB# 255
Tech City: Phoenix
Tech State/Province: AZ
Tech Postal Code: 85016
Tech Country: US
Tech Phone: +1.3478717726
Tech Phone Ext:
```

```
Tech Fax:
Tech Fax Ext:
Tech Email: pw-903c675adfd09f513704509c950b5060@privacyguardian.org
Name Server: NS1.DNS-PARKING.COM
Name Server: NS2.DNS-PARKING.COM
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
>>> Last update of WHOIS database: 2023-08-21T07:00:00Z <<<

For more information on Whois status codes, please visit https://icann.org/epp

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes. The
Data in our WHOIS database is provided for information purposes only, and to
assist persons in obtaining information about or related to a domain name
registration record. We do not guarantee its accuracy. By submitting a WHOIS
query, you agree to abide by the following terms of use: You agree that you may
use this Data only for lawful purposes and that under no circumstances will you
use this Data to: (1) allow, enable, or otherwise support the transmission of
mass unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes that
apply to us (or our computer systems). The compilation, repackaging,
dissemination or other use of this Data is expressly prohibited without our
prior written consent. We reserve the right to terminate your access to the
WHOIS database at our sole discretion, including without limitation, for
excessive querying of the WHOIS database or for failure to otherwise abide by
this policy. We reserve the right to modify these terms at any time.

Domains - cheap, easy, and secure at NameSilo.com

https://www.namesilo.com

Register your domain now at www.NameSilo.com - Domains. Cheap, Fast and Secure
```

## related domain names

namesilo.com    icann.org    dns-parking.com    privacyguardian.org    internic.net



**Whois**
Identity for everyone

Leading provider of web presence
solutions that empower you to establish
and grow your online presence.

Learn more About Us

Login    or    Create an Account

Follow Us

### Domains

Register Domain Name

Transfer Domain Name

View Domain Pricing

Whois Lookup

Name Suggestion Tool

Free with Every Domain

Domain Offers

### Hosting & Products

Linux Hosting

Windows Hosting

WordPress Hosting

Linux Reseller Hosting

Windows Reseller Hosting

Dedicated Servers

Cloud Hosting

Website Builder

Business Email

Enterprise Email

Google Workspace

SSL Certificates

Sitelock

### Infrastructure

Datacenter Details

Hosting Security

24 x 7 Servers Monitoring

Backup and Recovery

### Support

View Knowledge Base

Contact Support

Report Abuse

About Whois

CodeGuard

Copyright © Whois.com. All rights reserved | Legal Agreement | Privacy Policy